A09A2015. OGLETHORPE POWER CORPORATION et al.
v. FORRISTER et al.
(715 SE2d 771)

BARNES, Presiding Judge.

In *Oglethorpe Power Corp. v. Forrister*, 289 Ga. 331 (711 SE2d 641) (2011), the Supreme Court of Georgia affirmed in part and reversed in part the judgment of this Court in *Oglethorpe Power Corp. v. Forrister*, 303 Ga. App. 271 (693 SE2d 553) (2010), and remanded the case for proceedings consistent with its opinion. Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed in part and reversed in part, and case remanded with direction. Ellington, C. J., Miller, P. J., Andrews, Mikell, Blackwell, and McFadden, JJ., concur.*

DECIDED AUGUST 3, 2011.

*McNatt, Greene & Peterson, Hugh B. McNatt, Balch & Bingham, Natalie C. Beasman*, for appellants.
*McRae, Stegall, Peek, Harman, Smith & Manning, Michael D. McRae, Jason B. Sanker*, for appellees.